Roberta TZIB, a.k.a. Maria de Jesus Paniagua Padilla, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 08–75152.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 19, 2010.*

Filed Oct. 27, 2010.

Antonio R. Salazar, Esquire, Salazar Law Office, Seattle, WA, for Petitioner.

Jessica Eden Sherman, Esquire, Trial, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

MEMORANDUM **

Roberta Tzib, a native and citizen of Belize, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's decision denying her application for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *INS v. Elias–Zacarias,* 502 U.S. 478, 481 n. 1, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992), and we deny the petition for review.

Substantial evidence supports the BIA's conclusion that, even if credible, Tzib failed to establish her gang-affiliated nephew and his friends threatened her on account of a protected ground. *See Bolshakov v. INS,* 133 F.3d 1279, 1280–81 (9th Cir.1998) (criminal street gang activity does not establish persecution on account of a protected ground); *see also Parussimova v. Mukasey,* 555 F.3d 734, 740–41 (9th Cir.2009) ("The Real ID Act requires that a protected ground represent 'one central reason' for an asylum applicant's persecution"). Accordingly, we deny the petition as to Tzib's asylum and withholding of removal claims. *See Barrios v. Holder,* 581 F.3d 849, 856 (9th Cir.2009).

Substantial evidence supports the agency's denial of CAT relief because Tzib failed to show it is more likely than not she would be tortured if returned to Belize. *See Santos–Lemus v. Mukasey,* 542 F.3d 738, 747–48 (9th Cir.2008).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.